UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE ALTMAN,                                    Case No. 25-13227

       Plaintiff,                              F. Kay Behm
v.                                            United States District Judge

DALE ALTMAN HEIRS,

       Defendants.
_____ /

## **JUDGMENT**

In accordance with the Opinion and Order issued on November 17, 2025, the case is **DISMISSED** without prejudice.

       **SO ORDERED**.

Date: November 17, 2025                    <u>s/F. Kay Behm</u>
                                                 F. Kay Behm
                                                 United States District Judge